# Social Security Administration
# Benefit Verification Letter

Date: November 11, 2024
BNC#: 24KV785C39848
REF: D

YOLONDA MARCIA CARNEY
2864 ANDREWS DR
GRAND PRAIRIE TX  75052-8537

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning July 2024, the full monthly Social Security benefit before any deductions is $1,497.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,497.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

### Date of Birth Information

The date of birth shown on our records is April 17, 1960.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

24KV785C39848                 Page 2 of 2

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-855-722-3499**.

    SOCIAL SECURITY
    2010 N STATE HWY 360
    GRAND PRAIRIE TX 75050

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# Profit & Loss Statement

**Personal/Business Information**
Name: Yolonda Carney
Address: 2864 Andrews Dr.
Business Name: A Karing Konnection12 LLC
Business Address: 2864 Andrews Drn Grand Prairie TX 75052
Business Telephone: 214-458-2051

***To Use this Template***

Select **File>Make a Copy** - then **save** it to either your Google Drive or your hard drive. Once you are ready to submit it you can either:
* **Export** as a PDF file and email it to prefiling@leinartlaw.com or upload with your other documents
* **Save it** in your Google Drive and **share it** with prefiling@leinartlaw.com
* **Print and scan** it and **email** it to prefiling@leinartlaw.com

*It must be saved off before it can be edited*

| | EXAMPLE | MONTH: Past 6 months wil auto fil from today - overwrite if needed | | | | | |
|---|---|---|---|---|---|---|---|
| | December 2021 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 |
| **Revenue** | | | | | | | |
| Gross Sales (All money you take in from business) | $75,000.00 | $64,415.76 | $53,696.86 | $58,597.36 | $32,984.38 | $64,151.37 | $70,164.83 |
| **Expenses** | | | | | | | |
| Cost of Goods/Materials | $10,000.00 | | | | | | |
| Advertising | 2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll (including Salary paid to owner) | 12,000.00 | $35,338.33 | $35,479.02 | $41,295.72 | $34,213.03 | $44,450.57 | $37,122.37 |
| Payroll Taxes and Benefits | 1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Professional Fees, Dues and Licenses | 750 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Office Supplies and Maintenance | 1,000.00 | $900.00 | $800.00 | $800.00 | $650.00 | $800.00 | $800.00 |
| Automobile Payments and/or Insurance (business related) | | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Automobile Fuel (business related) | | $1,080.00 | $1,080.00 | $1,080.00 | $1,080.00 | $1,080.00 | $1,080.00 |
| Automobile Maintenance (business related) | | | | | | | |
| Postage | 250 | | | | | | |
| Rent (business only, not where you live) | 7,800.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Utilities (Phone, Electricity, Water-business only, not where you live) | 2,000.00 | $3,237.36 | $3,400.00 | $3,750.00 | $3,700.00 | $3,400.00 | $3,200.00 |
| Groceries for group home | | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| State Recoupment | | | | | $2,500.00 | $4,500.00 | $4,500.00 |
| Attorney Fees | | $3,000.00 | | | | | |
| Foster Care Payments | 1,500.00 | $1,577.00 | $1,577.00 | $1,577.00 | $1,577.00 | $1,577.00 | $1,577.00 |
| **Sum of All Business Expenses (Sum of B-Q)** | $39,100.00 | $56,332.69 | $53,536.02 | $59,702.72 | $54,920.03 | $67,007.57 | $59,479.37 |
| **Monthly Profit/Loss (A-S)** | $35,900.00 | $8,083.07 | $160.84 | -$1,105.36 | -$21,935.65 | -$2,856.20 | $10,685.46 |
| Any payments made to owners (salary or other compensation) | $12,000.00 | | | | | | |
| **Monthly Profit/Loss not incl. owner compensation** | $47,900.00 | $8,083.07 | $160.84 | -$1,105.36 | -$21,935.65 | -$2,856.20 | $10,685.46 |